**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHIMEARA WATSON,**<br>**Plaintiff,**<br>**v.**<br>**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**<br>**Defendant.** | **CIVIL ACTION NO. 24-3043** |

**ORDER**

**AND NOW,** this 26th day of August 2026, upon consideration of Defendant's Motion for Partial Summary Judgment [Doc. No. 16], and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **DENIED** as to Count I's claims regarding Plaintiff's non-promotion. The Motion **GRANTED** as to Count I on all other grounds.
2. The Motion is **DENIED** as to Count III's claims regarding Plaintiff's non-promotion. The Motion is **GRANTED** as to Count III on all other grounds.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**